UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SQUARESPACE, INC.,

Petitioner,

-v-

STEPHEN STAFFIERI,

Respondent.

26-CV-8831 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 6, 2026, Petitioner Squarespace, Inc. filed a petition to compel arbitration. Petitioner has not yet docketed an affidavit of service. Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent.

It is further ORDERED that Respondent shall file and serve any opposition to the petition by **November 5, 2026.** Petitioner's reply, if any, shall be filed and served by **November 12, 2026.**

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Finally, it is hereby ORDERED that **Petitioner (1) serve upon Respondent a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such service with the Court.** If unaware of the identity of counsel for Respondent, Petitioner must forthwith send a copy of this Order and the Court's Individual Rules and Practices to Respondent itself.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JESSE M. FURMAN
United States District Judge