UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SQUARESPACE, INC., Petitioner, -v- STEPHEN STAFFIERI, Respondent. | : | 26-CV-8831 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's October 8, 2026 Order, ECF No. 7, Petitioner was required to "docket forthwith a certificate of service proving that Petitioner properly served Respondent" with its petition to compel arbitration.[1] To date, Petitioner has not filed that proof of service. Accordingly, **no later than October 23, 2026**, Petitioner is required to file a certificate of service evidencing its compliance with the Court's October 8th Order. Failure to file proof of such service by that deadline may result in the petition being dismissed for failure to prosecute or as abandoned.

SO ORDERED.

Dated: October 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

---

[1] Petitioner was also ordered to file proof of service of the Court's Order and its Individual Rules and Practices. ECF No. 7.