NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

EVE I. KLEIN
PARTNER
DIRECT DIAL: +1 212 692 1065
PERSONAL FAX: +1 212 202 7559
*E-MAIL:* EIKlein@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

October 21, 2026

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Squarespace, Inc. v. Stephen Staffieri**
**Letter-Motion for an Extension**
**Civil Action No. 26-CV-8831 (JMF)**

Dear Judge Furman:

Our firm represents Petitioner, Squarespace, Inc., in the above-reference matter. Pursuant to the Court's docket text Order yesterday, the Court advised that Petitioner must file a proof of service compliant with the Court's October 8, 2026 Order no later than this Friday, October 23, 2026. In accordance with the Court's Individual Rules and Practices, we write to request additional time to effect service on Respondent and a postponement of the current filing deadlines in the case.

Petitioner has been diligently trying to serve Respondent since entry of the Court's October 8, 2026 Order. Such efforts consist of the following:

1. On October 6, 2026, Petitioner provided Respondent with a copy of the Petition to Compel Arbitration as an attachment to Petitioner's Motion to Stay the state court proceeding in California given the parties' agreement to arbitrate in New York City.

2. On October 14, 2026, Petitioner's wrote to Respondent's California counsel, Michael Shaolian, Esquire, and asked if he would accept service of process on Respondent's behalf. On Sunday evening, October 18, 2026, counsel sent an email indicating that he is not authorized to accept service of the Petition filed in the Southern District of New York – a Petition he received twice.

3. The next day, October 19, 2026, we retained a process server to effect personal service on Respondent at his apartment in California. The process server has advised as follows:

   a. Unsuccessful Attempt: Oct 19, 2026, 3:09 pm PDT at 4096 17th Street Apt. 112, San Francisco, CA 94114 - Apartment Complex Needs to Get Buzzed in No Response at the Callbox.

   b. Unsuccessful Attempt: Oct 19, 2026, 6:45 pm PDT at 4096 17th Street Apt. 112, San Francisco, CA 94114 - No Access Server Waited 10 Minutes Tried to Follow Someone Inside but They Denied the Server Access.

4. We have since secured photographs of Respondent in an effort to aid the process server in identifying Respondent and have enlisted additional assistance to serve Respondent. Such service attempts are ongoing.

5. Today we will send a copy of the Summons, Petition, the Court's Individual Rules and Practices in Civil Cases and the Court's Order dated October 8, 2026 to Respondent's home address via Federal Express Delivery, Certified Mail, R.R.R., first-class mail. We will also send a copy to his personal email address and have asked Respondent if he will acknowledge service of the aforementioned documents and requested that he have counsel contact us if he retained an attorney in New York.

Without question, Respondent, who lived and worked in New York at Petitioner's New York headquarters and who agreed to arbitrate the subject disputes before a JAMS arbitrator in New York City, is aware of the New York action. His California attorney received copies of the papers from Duane Morris counsel on the west and east coast. Respondent is now aware that Petitioner is trying to serve him and may or may not be trying to elude such service.

Given Petitioner's efforts to serve Respondent to date, Petitioner respectfully requests that the Court adjourn the date for filing a proof of service from October 23, 2026 to November 13, 2026, and the November dates for the opposition and reply to the Petition, currently November 5 and 12 respectively, to dates that work with the Court's calendar in December. If service is accomplished sooner, Petitioner will file a certificate of service promptly. Petitioner has not requested a previous extension and is unable to confer with Respondent for the reasons noted above. Petitioner is sending a copy of this letter to Respondent with the paperwork identified in item 5 above.

We appreciate the Court's consideration of this request for additional time.

Respectfully submitted,

Duane Morris LLP
*/s/Eve I. Klein*
Eve I. Klein

EIK

Application GRANTED. Petitioner is directed to file proof of service by November 13, 2026. Respondent is directed to file any opposition to the petition within twenty-one days of receiving service; if Respondent files an opposition, Petitioner shall file any reply within seven days thereafter. The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

October 22, 2026

bcc: Larissa Boz, Senior Counsel *(via email)*
Annabel Pollini, Counsel *(via email)*
Brian L. Johnsrud, Esquire *(via email)*
Katherine Huibonhoa, Esquire *(via email)*
Marco A. Garcia, Esquire *(via email)*
Kathleen O'Malley, Esquire *(via email)*
Jessica Goldstein, Esquire *(via email)*